IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DANIELLE M. STRYKER, an infant, )<br>who sues by her Father and Next Friend, )<br>David Scott Stryker )<br>)<br>           Plaintiff, )<br>)<br>      v. )<br>)<br>SHOPPER DISCOUNTS a/k/a )<br>SHOPPERS DISCOUNTS & REWARDS )<br>A subsidiary of WEBLOYALTY.COM, INC. )<br>101 Merritt 7, Suite 4, Norwalk, CT 06851 )<br>Whose parent corporation is Webloyalty )<br>Holdings, Inc. and WOMAN WITHIN )<br>An entity owned by REDCATS a/k/a )<br>REDCATS USA, INC., 463 Fashion Avenue )<br>New York, NY 10016-7604 )<br>)<br>           Defendants. )<br>_____) | CIVIL ACTION NO. 5:11CV00009 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 23(e) and 41(a)(ii), Plaintiff and Defendants Webloyalty.com, Inc. ("Webloyalty") and Redcats USA, Inc. ("Redcats USA") (collectively, the "Parties") hereby stipulate and agree that :

    1.    There is no certified class in this action; and

    2.    This action is dismissed with prejudice, including all claims that were asserted or could have been asserted, with the Parties to bear their own costs and waiving all rights of appeal.

       /s/ Philip R. Seybold_____

Philip R. Seybold, Esq. (VSB# 73596)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363
Email:  Randy.Seybold@wilmerhale.com

*Counsel for Defendants*

James W. Prendergast, Esq.
John J. Regan, Esq.
Daniel M. Esrick, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  james.prendergast@wilmerhale.com
Email:  john.regan@wilmerhale.com
Email:  daniel.esrick@wilmerhale.com

*Of Counsel for Defendants*


      /s/ Marilyn Ann Solomon_____
Marilyn Ann Solomon, Esq. (VSB# 31501)
Law Firm of Marilyn Ann Solomon
103 East Cork Street
Winchester, VA 22601
Tel:  (540) 678-0569

*Counsel for Plaintiff*

April 21, 2011

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2011, the foregoing Stipulation of Dismissal was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ Philip R. Seybold
      Philip R. Seybold
      Attorney for Defendants Webloyalty.com, Inc.
      and Redcats USA, Inc.